# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN, II,<br><br>          Plaintiff,<br>   vs.<br><br>LARRY SMALL, Warden,<br><br>          Defendant. | CASE NO. 09-2165 LAB (AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed Judge Battaglia's R&R and finds that it appropriately recommends dismissing Brown's habeas petition as moot. The Court notes that Brown filed no objection to the R&R.

The jurisdiction of federal courts extends only to "actual cases or controversies." *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983). When a case doesn't present a case or controversy, it's moot. *Wilson v. Terhune*, 319 F.3d 477, 479 (9th Cir. 2003) (quotations omitted). Here, the basis of Brown's petition is a disciplinary proceeding in prison, but he has subsequently endured the discipline at issue and been released on parole. There is therefore no case or controversy properly before the court. *See id.* The petition is therefore **DISMISSED.**

   **IT IS SO ORDERED**.

DATED: January 19, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -